FORREST PLANT, JR., ESQ. – SBN 072266
GOLDSBERRY, FREEMAN & GUZMAN, LLP
777 12th Street, Suite 250
Sacramento, California 95814
Telephone: (916) 448-0448
Facsimile: (916) 448-8628

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. ALBERT & SON (USA), INC.; VARRY WHITE MUSIC; EX VW, INC.; LOC'D OUT MUSIC; and WB MUSIC CORP., <br><br> Plaintiffs, <br><br> v. <br><br> BRIAN JEREMY MYRICK, <br><br> Defendant. | Case No. 1:10-CV-00087-AWI-GSA <br><br> STIPULATION FOR SETTLEMENT AND ORDER |

IT IS HEREBY STIPULATED, by and between Plaintiffs J. Albert & Son (USA), Inc., *et al.* (hereinafter "Plaintiffs") and Brian Jeremy Myrick (hereinafter "Defendant") as follows:

1. Defendant shall pay to the American Society of Composers, Authors and Publishers (ASCAP), on behalf of Plaintiffs, the sum of Eleven Thousand Dollars ($11,000.00). Payment is to be made by twelve installment payments of Nine Hundred Sixteen and 66/100 Dollars ($916.66) each due on the fifteenth day of each month beginning April 15, 2010.

2. This Stipulation is in settlement of all claims and causes of action by members of ASCAP against Defendant for willful infringements of copyrights by unauthorized non-dramatic

public performances of Plaintiffs' copyrighted musical works, whether known or unknown, including, without limitation, the specific claims and causes of action as alleged in the complaint on file herein, for all periods through the date this Stipulation is entered as an Order by the court. Plaintiffs release all such claims and further waive the provisions of California Civil Code section 1542 which provides:

> A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor.

3. Contemporaneously with the execution of this Stipulation, ASCAP shall provide to Defendant a current ASCAP General License Agreement for the Bakersfield, California establishment known as Syndicate Lounge and Restaurant. Defendant shall accept and execute said license agreement and comply with all terms and conditions of the license agreement. License fees due under the license agreement for all periods through December 31, 2010 are included in the settlement amount referred to in Paragraph 1 above; license fees for periods beginning January 1, 2011 shall be paid to ASCAP when due as provided for in the license agreement.

4. Failure of Defendant to make the payments as set forth in Paragraph 1 above will constitute a default of Defendant's obligations under this stipulation and will entitle Plaintiffs to judgment as hereinafter set forth.

5. In the event of any default or other occurrence upon which judgment may be entered as set forth above, and upon seven days' written notice from ASCAP or the attorneys for Plaintiffs to Defendant, Plaintiffs may apply to the Court for entry of judgment, and judgment shall be entered against Defendant in the amount of Thirteen Thousand Five Hundred Dollars

($13,500.00) less the amount of any payment made by Defendant pursuant to paragraph 1 above.

Written notice shall be given to Defendant by regular mail at the following address:

10616 Victoria Falls Avenue, Bakersfield, CA 93312.

6.      This action shall be dismissed with prejudice, subject to the right of Plaintiffs to move the court for an order reopening the action and entering judgment as provided in Paragraph 5 above.

**IT IS SO STIPULATED**.

**Plaintiffs:**

J. Albert & Son (USA), Inc., *et al.* by their attorney-in-fact, American Society of Composers, Authors and Publishers

Dated:  March 11, 2010.                    By:  /s/  Richard H. Reimer
                                                RICHARD H. REIMER
                                                Senior Vice-President, Legal Services
                                                American Society of Composers, Authors
                                                and Publishers

**Defendant:**

Dated:  March 6, 2010.                      /s/   Brian Myrick
                                                Brian Jeremy Myrick

**APPROVED AS TO FORM:**

Dated:  March 12, 2010.                    GOLDSBERRY, FREEMAN & GUZMAN, LLP

                                            By:   /s/  Forrest Plant, Jr.
                                                FORREST PLANT, JR.
                                                Attorneys for Plaintiffs

**ORDER**

  Pursuant to the parties' stipulation, the Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

**Dated: March 15, 2010**        **/s/ Anthony W. Ishii**
                 CHIEF UNITED STATES DISTRICT JUDGE